**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

| | |
|---|---|
| **DERRICK HARRIS,** | **PLAINTIFF** |
| **V.** | **NO. 4:06CV08-P-B** |
| **DELMER MAXWELL, et al.,** | **DEFENDANTS** |

## FINAL JUDGMENT

In accordance with the opinion issued this day, it is ORDERED

1) Defendants' motion for summary judgment (docket entry 30) is GRANTED;

2) Plaintiff's claims against all Defendants are dismissed;

3) Plaintiff's motion for contempt (docket entry 37) is DENIED; and

3) this case is CLOSED.

**IT IS SO ORDERED.**

THIS the 30th day of March, 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE